UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID M. ANDERSON,

Plaintiff,

v.

Case No. 00-CV-2346 (JMR/RLE)

OSCAR J. BOLDT CONSTRUCTION CO.,

Defendant.

**ORDER OF DISMISSAL**

PURSUANT TO the Stipulation of the parties and 41(a)(1)(ii), Fed. R. Civ. P., and the Court being duly informed, it is hereby ORDERED, that the Complaint in this matter is fully and finally dismissed, with prejudice, and without costs or attorneys fees to any party.

Dated this 14th day of September, 2001.

BY THE COURT:

James M. Rosenbaum
U.S. District Court Judge

91015/22(71257)

FILED
RICHARD D. SLETTEN, CLERK
SEP 14 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS